1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )    No. CR 09-01159 MHP
14                                     )
            Plaintiff,                 )    STIPULATION AND [PROPOSED]
15                                     )    ORDER TO CHANGE EVIDENTIARY
        v.                             )    HEARING DATE ON DEFENDANT'S
16                                     )    MOTION TO SUPPRESS
   RONNIE BIDDLE, JR.,                 )
17                                     )    Current Hearing Date: April 15, 2010
            Defendant.                 )    Time:  9:30 a.m.
18 _____)
                                            Proposed Hearing Date: May 26, 2010
19                                          Time:  9:30 a.m.

20

21
        On March 22, 2010, this Court suggested that the evidentiary hearing on the above-
22
   captioned matter be held on April 15, 2010 at 9:30 a.m.  One of the witnesses that the court has
23
   ordered to testify is out of the country on that date.  Based upon the schedules of the witnesses
24
   and defense counsel, the parties are seeking a continuance.  On April 13, 2010, the Court clerk
25
   indicated that the Court is available May 25, 26 and 28.
26
   //
27
   //
28

   STIPULATION AND [PROPOSED] ORDER TO CHANGE EVIDENTIARY HEARING DATE
   CR 09-01159 MHP

1  The parties agree that rescheduling the hearing date is appropriate and stipulate to have
2  the hearing on May 26, 2010. at 9:30 a.m.
3  A proposed order is attached hereto.
4
5  IT IS SO STIPULATED.
6
7  DATED: April 15, 2010                                        /s/
                                                  CYNTHIA M. FREY
8                                                 Assistant United States Attorney
9
10 DATED: April 15, 2010                                        /s/
                                                  LOREN STEWART
11                                                Attorney for RONNIE BIDDLE, JR.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CHANGE EVIDENTIARY HEARING DATE
CR 09-01159 MHP

1  Based upon the above and for good cause shown, the date scheduled for the evidentiary
2  hearing on the Defendant's Motion to Suppress, currently scheduled for April 15, 2010, is
3  vacated and the date for the evidentiary hearing on the Motion to Suppress is continued to May
4  26, 2010 at 9:30 a.m.

6  IT IS SO ORDERED.

9  DATED: __4/16/2010_____



STIPULATION AND [PROPOSED] ORDER TO CHANGE EVIDENTIARY HEARING DATE
CR 09-01159 MHP