1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


| UNITED STATES OF AMERICA, | ) | No. CR 09-01159 MHP |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN |
| v. | ) ) | FEBRUARY 8, 2010 AND MAY 26, 2010 FROM CALCULATIONS UNDER THE |
| RONNIE BIDDLE, JR., | ) ) | SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| Defendant. | ) ) |  |

    The defendant, Ronnie Biddle, represented by Loren Stewart, Assistant Federal Public Defender and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before the Court on March 22, 2010 for a further hearing on Defendant's Motion to Suppress, which was filed on February 8, 2010.  At the hearing, the Court ordered that an evidentiary hearing be held on this matter.  On April 16, 2010, this Court ordered that the evidentiary hearing be held on May 26, 2010 at 9:30 a.m.

//

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 09-01159 MHP

1     Accordingly, the parties stipulate that time should properly be excluded under the Speedy Trial Act from the filing of the Motion to Suppress on February 8, 2010, through the conclusion of the hearing on May 26, 2010, or other prompt disposition of, such motion. 18 U.S.C. § 3161(h)(1)(D). In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: May 10, 2010                      /s/
                                          CYNTHIA M. FREY
                                          Assistant United States Attorney

DATED: May 10, 2010                      /s/
                                          LOREN STEWART
                                          Attorney for RONNIE BIDDLE, JR.

1   The Court finds that the time between the filing of defendant's Motion to Suppress,
2 February 8, 2010, through the conclusion of the hearing on May 26, 2010, or other prompt
3 disposition of the Motion to Suppress should properly be excluded from computation under the
4 Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D).
5   Therefore, IT IS HEREBY ORDERED that the time between February 8, 2010 and the
6 conclusion of the hearing on May 26, 2010, or other prompt disposition if the Motion to
7 Suppress shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
8 3161(h)(1)(D).

10 DATED:  5/11/2010

MARILYN H. PATEL
Judge Marilyn H. Patel

IT IS SO ORDERED

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 09-01159 MHP