1 | BARRY J. PORTMAN
Federal Public Defender
2 | LOREN D. STEWART
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BIDDLE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-1159 MHP |
|---|---|---|
| Plaintiff, | ) | [**PROPOSED**] ORDER FOR RETURN OF PROPERTY |
| vs. | ) | |
| RONNIE BIDDLE, JR., | ) | |
| Defendant. | ) | |

Good cause appearing,

It is HEREBY ORDERED that the United States and its agents, including but not limited to the San Francisco Police Department and the Pier 70 Auto Return, return all property seized from Mr. Ronnie Biddle, Jr. Such property shall include a 1986 Honda Accord with license plate ending in -839 that is registered to Mr. Biddle and all of its contents. The property shall be returned forthwith, and in no event later than ~~three days from the date of this Order~~ **July 19, 2010.**

//

//

//

//

[PROPOSED] ORDER FOR RETURN OF
PROPERTY                                                         1

1  **The Court understands that** ~~Notwithstanding any~~ towing or storage fees ~~assessed by the United States or its agents,~~ **have been waived.  In any event,**
2  ~~the San Francisco Police Department or its agents, or the San Francisco Department of Parking~~
3  ~~and Traffic or its agents,~~ Mr. Biddle's car shall be returned to him at no cost.

5  IT IS SO ORDERED.

8  7/9/2010
   DATED

IT IS SO ORDERED

Judge Marilyn H. Patel

[PROPOSED] ORDER FOR RETURN OF PROPERTY          2