UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

RONNIE BIDDLE,

    Defendant(s).

No. CR 09-1159 MHP

**ORDER DISMISSING INDICTMENT**

    A motion to suppress the evidence in this action having been granted the Indictment is DISMISSED and the Clerk of Court shall close the file.

Date: May 26, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California